1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Robin Andrews            )
                         )   Civil Action No. CV-F-1:05-CV-951 REC SMS
                         )
       Plaintiff,        )   STIPULATION AND ORDER
                         )
vs.                      )
                         )
JO ANNE B. BARNHART,     )
Commissioner of Social   )
Security,                )
                         )
       Defendant.        )
_____)

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until March 13, 2006 *, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, July 26, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated:  February 13, 2006              /s/ Gina Fazio

2 |                                         GINA FAZIO,
                                            Attorney for Plaintiff.
3 | Dated: February 13, 2006
4 |                                         MCGREGOR SCOTT
                                            United States Attorney
5 |
                                            By: /s/ Kristi C. Kapetan
6 |                                         (as authorized via facsimile)
                                            KRISTI C. KAPETAN
7 |                                         Assistant U.S. Attorney

8 |     IT IS SO ORDERED.   NOTE: Parties had selected March 12, 2006 for the extension
     time and March 12, 2006 is a SUNDAY.  The Court inserted the next working day - March
9 | 13, 2006.

10 | Dated: 2/21/2006

11 |                                          /s/ Sandra M. Snyder
                                            SANDRA M. SNYDER
12 |                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28