Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ROBIN ANDREWS ) | 1:05-CV-951 REC SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 25, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 23, 2006            /s/ Gina Fazio

                               GINA FAZIO, ESQ.
                               Attorney for Plaintiff

Dated: May 24, 2006
                               MCGREGOR SCOTT
                               United States Attorney

                               By: /s/ Kristi C. Kapetan
                               (as authorized via facsimile)
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney

1 | IT IS SO ORDERED.

2 | Dated: __May 30, 2006_____     /s/ ROBERT E. COYLE
                                        ROBERT E. COYLE
3 |                                     United States Judge